UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| AUSTIN MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT BURGESS et al.,<br><br>Defendants. | No. C18-1202 RSM<br><br>**STIPULATION AND ORDER CONTINUING INITIAL SCHEDULING DATES** |

**STIPULATION**

The parties appearing in this action, Plaintiffs Austin Mutual Insurance Company ("AMIC") and Defendants Robert Burgess and Beverage Specialists, Inc., through their attorneys of record, stipulate and agree that good cause exists to extend the initial scheduling dates in this action (Dkt. 5) in order to allow Defendant Lotus Lifestyle, LLC ("Lotus") to appear in the subject matter and the parties to engage in initial discovery.

Good cause exists to extend the deadlines because, despite serving the registered agent for Lotus Lifestyle, LLC on September 12, 2018, Lotus Lifestyle, LLC, has not yet appeared in the above-captioned action. The appearing parties request additional time for Lotus to appear or for Plaintiff to pursue a default, and engage in initial discovery.

STIPULATATION AND ORDER
CONTINUING INITIAL SCHEDULING DATES – 1
2:18-cv-01202-RSM

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

For these reasons, the appearing parties hereby agree to extend the current initial deadlines by 14 days.

DATED this 4th day of October, 2018.

| | |
|---|---|
| LETHER & ASSOCIATES, PLLC | SIDERIUS, LONERGAN & MARTIN, LLP |
| *s/ Thomas Lether* <br> *s/ Westin McLean* <br> Thomas Lether, WSBA #18089 <br> Westin McLean, WSBA# 46462 <br> 1848 Westlake Avenue N, Suite 100 <br> Seattle, WA 98109 <br> Telephone: 206-467-5444 <br> Facsimile: 206-467-5544 <br> tlether@letherlaw.com <br> wmclean@letherlaw.com <br> *Counsel for Plaintiffs* | *s/ Michael F. Sherman* <br> Michael F. Sherman, WSBA #45485 <br> Frank R. Siderius, WSBA #7759 <br> 500 Union Street, Ste. 98101 <br> 206-624-2800 <br> franks@sidlon.com <br> msherman@sidlon.com <br> *Counsel for Defendants Robert Burgess and Beverage Specialists, Inc.* |

//
//
//
//
//
//
//
//
//
//
//
//

STIPULATATION AND ORDER
CONTINUING INITIAL SCHEDULING DATES – 2
2:18-cv-01202-RSM

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

# ORDER

Based on the appearing parties' Stipulation, and finding that there is good cause to continue initial scheduling dates, it is hereby ORDERED that the initial scheduling dates in this matter are extended by 14 days as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | October 19, 2018 |
| Initial Disclosure Pursuant to FRCP 26(a)(1): | October 26, 2018 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | November 2, 2018 |

DATED this 9th day of October 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

| LETHER & ASSOCIATES, PLLC | SIDERIUS, LONERGAN & MARTIN, LLP |
|---|---|
| *s/ Thomas Lether* | *s/ Michael F. Sherman* |
| *s/ Westin McLean* | Michael F. Sherman, WSBA #45485 |
| Thomas Lether, WSBA #18089 | Frank R. Siderius, WSBA #7759 |
| Westin McLean, WSBA# 46462 | 500 Union Street, Ste. 98101 |
| 1848 Westlake Avenue N, Suite 100 | 206-624-2800 |
| Seattle, WA 98109 | franks@sidlon.com |
| Telephone: 206-467-5444 | msherman@sidlon.com |
| Facsimile: 206-467-5544 | *Counsel for Defendants Robert Burgess and Beverage Specialists, Inc.* |
| tlether@letherlaw.com | |
| wmclean@letherlaw.com | |
| *Counsel for Plaintiffs* | |

STIPULATATION AND ORDER
CONTINUING INITIAL SCHEDULING DATES – 3
2:18-cv-01202-RSM

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544