UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| AUSTIN MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT BURGESS et al.,<br><br>Defendants. | No. C18-1202 RSM<br><br>**STIPULATION AND ORDER CONTINUING INITIAL SCHEDULING DATES** |

## STIPULATION

Plaintiff Austin Mutual Insurance Company, Defendants Robert Burgess and Beverage Specialists, Inc., and Defendant Lotus Lifestyle, LLC (collectively, "the Parties") through their attorneys of record, stipulate and agree that good cause exists to further extend the Initial Scheduling Dates in this action by an additional 14 days (Dkt. 5, as amended at Dkt.8 ).

Good cause exists to further extend the deadlines because the Parties participated in mediation on October 15, 2018 and are currently attempting to reach a settlement agreement that would resolve the claims at issue herein. The Parties believe it would be beneficial to attempt settlement at this time in lieu of engaging in initial discovery. This is the second request for a 14-day extension of these deadlines.

For these reasons, the Parties hereby agree to extend the Initial Scheduling Dates by an additional 14 days.

**STIPULATATION AND ORDER CONTINUING INITIAL SCHEDULING DATES – 1**
S:\Martinez\Austin 18-1202.stip-ord-ext.docx

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

DATED this 17th day of October, 2018.

| LETHER & ASSOCIATES, PLLC | SIDERIUS, LONERGAN & MARTIN, LLP |
|---|---|
| By: */s/ Thomas Lether*<br>Thomas Lether, WSBA #18089<br>Westin McLean, WSBA# 46462<br>1848 Westlake Avenue N, Suite 100<br>Seattle, WA 98109<br>Telephone: 206-467-5444<br>Facsimile: 206-467-5544<br>tlether@letherlaw.com<br>wmclean@letherlaw.com<br>*Attorney for Plaintiff* | By: */s/ Frank Siderius*<br>Frank R. Siderius, WSBA #7759<br>Michael F. Sherman, WSBA #45485<br>500 Union Street, Ste. 847<br>Seattle, WA 98101<br>206-624-2800<br>franks@sidlon.com<br>msherman@sidlon.com<br>*Attorney for Defendants Robert Burgess and Beverage Specialists, Inc.* |

LANE POWELL PC

By: */s/ Tiffany Scott Connors*
Tiffany Scott Connors, WSBA # 41740
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone: 206.223.7000
Facsimile: 206.223.7107
Email: connorst@lanepowell.com
*Attorney for Defendant Lotus Lifestyle, LLC*

## ORDER

Based on the Parties' Stipulation, and finding that there is good cause to continue initial scheduling dates, it is hereby ORDERED that the Initial Scheduling Dates in this matter are extended by an additional 14 days as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | November 2, 2018 |
| Initial Disclosure Pursuant to<br>FRCP 26(a)(1): | November 9, 2018 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | November 16, 2018 |

**STIPULATATION AND ORDER CONTINUING INITIAL SCHEDULING DATES – 2**
S:\Martinez\Austin 18-1202.stip-ord-ext.docx

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

DATED this 18th day of October 2018.

                                           [signature]
                                      RICARDO S. MARTINEZ
                                     CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

| LETHER & ASSOCIATES, PLLC | SIDERIUS, LONERGAN & MARTIN, LLP |
|---|---|
| By: */s/ Thomas Lether*<br>Thomas Lether, WSBA #18089<br>Westin McLean, WSBA# 46462<br>1848 Westlake Avenue N, Suite 100<br>Seattle, WA 98109<br>Telephone: 206-467-5444<br>Facsimile: 206-467-5544<br>tlether@letherlaw.com<br>wmclean@letherlaw.com<br>*Attorney for Plaintiffs* | By: */s/ Frank Siderius*  .<br>Frank R. Siderius, WSBA #7759<br>Michael F. Sherman, WSBA #45485<br>500 Union Street, Ste. 847<br>Seattle, WA 98101<br>Telephone: 206-624-2800<br>franks@sidlon.com<br>msherman@sidlon.com<br>*Attorney for Defendants Robert Burgess and Beverage Specialists, Inc.* |

LANE POWELL PC

By: */s/ Tiffany Scott Connors*
Tiffany Scott Connors, WSBA # 41740
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone: 206.223.7000
Facsimile: 206.223.7107
Email: connorst@lanepowell.com
*Attorney for Defendant Lotus Lifestyle, LLC*

---

**STIPULATATION AND ORDER CONTINUING INITIAL SCHEDULING DATES – 3**
S:\Martinez\Austin 18-1202.stip-ord-ext.docx